UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **TYRONE MITCHELL #332990** | **CASE NO. 6:19-CV-01364 SEC P** |
| **VERSUS** | **JUDGE SUMMERHAYS** |
| **DARRYL VANNOY** | **MAGISTRATE JUDGE WHITEHURST** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and supplemented by this Court's previous Ruling on Objections, after an independent review of the record, upon determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the petition for writ of habeas corpus [Doc. No. 1] be DISMISSED WITH PREJUDICE.

THUS DONE in Chambers on this 4th day of June, 2020.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE